**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

ALLIANT ENERGY, ET AL., Civil No. 00-2139 ADM/AJB

Plaintiffs,

v. **ORDER OF RECUSAL**

NEBRASKA PUBLIC POWER DISTRICT,

Defendant.

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

As such, you are hereby given notice that the pretrial conference scheduled to be held on November 1, 2000, at 2:15 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been canceled.

Dated: 10/25/00

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED OCT 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Franklin L. Noel.

NEW CASE NUMBER 00-2139 ADM/FLN

Use this case number for all further filings.