UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Alliant Energy, Inc., et al.

Plaintiffs,

and

United States of America, on behalf of the Western Area Power Administration, Department of Energy,

Intervenor/Plaintiff,

v.

Nebraska Public Power District, a public corporation and political subdivision of the State of Nebraska,

Defendant.

---

Civil No. 00CV2139 (ADM/~~AJB~~) FLN

**STIPULATION FOR AMENDMENT**
**TO COMPLAINT**

It is hereby stipulated by the parties to this action, through their undersigned attorneys, that the Plaintiffs may amend their Complaint to add El Paso Merchant Energy, LP, formerly known as Sonat Power Marketing, LP, in the form of the Second Amended Complaint annexed hereto.

Dated: October 24, 2000

BRIGGS AND MORGAN

Samuel L. Hanson (#41051)
Michael C. Krikava (#182679)
2400 IDS Center
Minneapolis, MN 55402
(612) 334-8445

**Attorneys for Plaintiffs**

1217478.1

FILED 11-14-00
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 18, 2000

BEST & FLANAGAN LLP

Frank J. Walz (#114327)
Caryn S. Glover (#183040)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

~~**Attorneys for Defendant**~~

R. Dennis Wright (Missouri Bar No. 22042)
Morrison & Hecker LLP
2600 Grand Avenue, Suite 900
Kansas City, Missouri 64108
(816) 691-2600

ATTORNEYS FOR NEBRASKA PUBLIC POWER DISTRICT

1217478.1

Dated: October 19, 2000.

DEPARTMENT OF JUSTICE

Max Vassanelli
Federal Programs, Room 804
901 E. Street
Washington, DC 20530

**Attorneys for Intervenor/Plaintiff**

SO ORDERED: