**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Alliant Energy, et al.,

Plaintiffs,

and

United States of America, on behalf of the Western Area Power Administration, Department of Energy,

Intervenor/Plaintiff,

vs.

Nebraska Public Power District, a public corporation and political subdivision of the State of Nebraska,

Defendant.

Civil No. 00CV2139 (ADM/AJB) FLN

**STIPULATION TO AMEND PRETRIAL SCHEDULE**

---

**WHEREAS,** the Court issued its Pretrial Schedule on December 7, 2000 setting forth, among other things, discovery deadlines in the above-captioned matter.

**AND WHEREAS,** the parties herein mutually agree to extend the deadlines set forth in Paragraph 2 of the Pretrial Schedule to allow an additional 14 days for expert disclosure and other expert discovery.

**NOW, THEREFORE**, Paragraph 2 of the Pretrial Schedule is amended by mutual agreement to extend discovery deadlines by 14 days, and shall read as follows:

‘2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)92)(A) shall be made as follows:

JAN 25 2001

1) by Plaintiff(s) on or before January 29, 2001.

2) by Defendant(s) on or before February 15, 2001.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By Plaintiff(s) on or before January 29, 2001.

2) By Defendant(s) on or before February 15, 2001.

3) Plaintiffs' rebuttal on or before March 21, 2001, and Defendant's rebuttal on or before April 11, 2001.

c. Each party may depose no more than 3 expert witnesses on or before May 15, 2001.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.'

It is further stipulated and agreed by the parties herein that no other deadlines contained in the December 7, 2000 Pretrial Schedule shall be extended by this Stipulation.

DATED: January 15, 2001.

**BRIGGS AND MORGAN, P.A.**

By [signature]
Michael C. Krikava (#182679)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

*Attorneys for Plaintiffs*

**BEST & FLANAGAN LLP**

By [signature]
Frank J. Walz (#114337)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

and

**MORRISON & HECKER**

By [signature] by FJW
R. Dennis Wright
2600 Grand Avenue
Kansas City, MO 64104-4604

*Attorneys for Defendant*

**DEPARTMENT OF JUSTICE**

By__________________________
Max Vassanelli
Federal Programs, Room 804
901 E. Street
Washington, DC 20530

*Attorneys for Intervenor/Plaintiff*

**BEST & FLANAGAN LLP**

By______________________________
Frank J. Walz (#114327)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

and

**MORRISON & HECKER**

By______________________________
R. Dennis Wright
2600 Grand Avenue
Kansas City, MO 64104-4604

*Attorneys for Defendant*

**DEPARTMENT OF JUSTICE**

By [signature]
Max Vassanelli
Federal Programs, Room 804
901 E. Street
Washington, DC 20530

*Attorneys for Intervenor/Plaintiff*

SO ORDERED:

[signature]