UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 00CV2139 (ADM/FLN)

Alliant Energy, Inc., et al.

Plaintiffs,

And

United States of America, on behalf of the Western Area Power Administration, Department of Energy,

Intervenor/Plaintiff,

v.

Nebraska Public Power District, a public corporation and political subdivision of the State of Nebraska,

Defendant.

**STIPULATION OF DISMISSAL OF PLAINTIFF MANITOBA HYDRO ELECTRIC BOARD**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the claims of Plaintiff Manitoba Hydro Electric Board are hereby dismissed with prejudice. No other claims or defenses shall be affected by this Stipulation.

Dated: February 15 2001.

BRIGGS AND MORGAN, P.A.

By [signature]
Michael C. Krikava (#182679)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

Attorneys for Plaintiffs

FILED FEB 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

1258343v1

**BEST & FLANAGAN LLP**

By ______________________
Frank J. Walz (#114327)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

and

**MORRISON & HECKER**

By ______________________
R. Dennis Wright
2600 Grand Avenue
Kansas City, MO 64104-4604

Attorneys for Defendant

**DEPARTMENT OF JUSTICE**

By ______________________
Max Vassanelli
Federal Programs, Room 804
901 E. Street
Washington, DC 20530

Attorneys for Intervenor/Plaintiff

**ORDER**

Based on the foregoing Stipulation of counsel, **IT IS HEREBY ORDERED** that the claims of Plaintiff Manitoba Hydro Electric Board are hereby dismissed with prejudice.

**BY THE COURT:**

2/20/01

______________________
JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT



1258343v1

**BEST & FLANAGAN LLP**

By____________________________
Frank J. Walz (#114327)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

and

**MORRISON & HECKER**

By____________________________
R. Dennis Wright
2600 Grand Avenue
Kansas City, MO 64104-4604

Attorneys for Defendant

**DEPARTMENT OF JUSTICE**

By____________________________
Max Vassanelli
Federal Programs, Room 804
901 E. Street
Washington, DC 20530

Attorneys for Intervenor/Plaintiff

**ORDER**

Based on the foregoing Stipulation of counsel, **IT IS HEREBY ORDERED** that the claims of Plaintiff Manitoba Hydro Electric Board are hereby dismissed with prejudice.

**BY THE COURT:**

____________________________
Magistrate Judge Franklin L Noel



1258343v1