**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Alliant Energy, et al.,

Plaintiffs,

and

United States of America, on behalf of the Western Area Power Administration, Department of Energy,

Intervenor/Plaintiff,

vs.

Nebraska Public Power District, a public corporation and political subdivision of the State of Nebraska,

Defendant.

Civil No. 00CV2139 (ADM/FLN)

**AMENDED PRETRIAL SCHEDULE**

---

Pursuant to the stipulation of all counsel and Rule 16 of the Federal Rules of Civil Procedure, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. This stipulated Amended Pretrial Order shall supercede the Court's prior Pretrial Order for all purposes.

2. Summary Judgment.

   a. Plaintiffs and Intervenor/Plaintiff have all moved for summary judgment.

   b. Defendant shall respond to all summary judgment motions on or before April 30, 2001. Defendant's response may contain a cross motion for summary judgment.

   c. If Defendant does not cross move for summary judgment, all final replies shall be filed on or before May 14, 2001. If Defendant cross moves for summary judgment, all responses/replies shall be filed on or before May 31, 2001. Any final replies shall be filed on or before June 14, 2001.

FILED APR 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

d. All dispositive motions shall be filed and scheduled for hearing prior to July 31, 2001.

e. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053

f. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

3. Discovery/Non-Dispositive Motions:

a. No additional motions which seek to amend the pleadings or add parties will be entertained absent good cause shown.

b. All discovery shall be stayed until after resolution of all summary judgment motions, except as specified herein.

c. Defendant reserves the right to take not more than five (5) depositions for the purpose of responding to the pending summary judgment motions or to prepare its cross motions. No deposition shall last more than one day. All such depositions shall be completed by April 25, 2001.

d. Plaintiffs and Intervenor/Plaintiffs reserve the right to take not more than two (2) depositions for the purpose of responding to any cross motion for summary judgment. No deposition shall last more than one day. All such depositions shall be completed by May 25, 2001.

e. All nondispositive motions relating to such depositions, shall be served within seven (7) days after the deposition. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

4. Expert Disclosure and Discovery:

a. The parties have each identified one expert witness pursuant to the prior Pretrial Schedule.

b. Identification of Plaintiffs' rebuttal and Defendant's rebuttal experts shall be stayed pending resolution of all summary judgment motions.

5. Within ten (10) days after any Order of the Court which denies a summary judgment motion, and such denial necessitates a trial, the parties shall jointly submit to the undersigned a further Amended Pretrial Schedule for completion of discovery and trial. In such event, the limitations on depositions and other discovery set forth in paragraph 3 hereof shall not limit the parties' right to conduct additional discovery as contemplated in the Court's first Pretrial Order dated December 6, 2000.

6. The Court will hold a telephone case management conference on September 11, 2001, at 9:00 a.m. to adopt a Second Amended Pretrial Schedule in the event one is needed.

DATED: April 3, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Alliant Energy, et al.,

Plaintiffs,

and

United States of America, on behalf of the Western Area Power Administration, Department of Energy,

Intervenor/Plaintiff,

vs.

Nebraska Public Power District, a public corporation and political subdivision of the State of Nebraska,

Defendant.

Civil No. 00CV2139 (ADM/FLN)

**STIPULATION AND PROPOSED AMENDED PRETRIAL SCHEDULE**

---

**WHEREAS**, the Court issued its Pretrial Schedule on December 7, 2000 setting forth, among other things, discovery deadlines in the above-captioned matter; and

**WHEREAS,** on January 15, 2001, the parties stipulated and the Court ordered an amendment to the Pretrial Schedule; and

**WHEREAS,** Plaintiffs and Intervenor/Plaintiff have moved for summary judgment; and

**WHEREAS,** the parties desire to modify the Pretrial Schedule as set forth in the attached Amended Pretrial Schedule to allow Defendant adequate opportunity to respond to summary judgment and cross move for summary judgment.

**NOW, THEREFORE,** it is hereby stipulated and agreed by and between the parties that the attached Amended Pretrial Schedule shall supercede the existing Pretrial Schedule.

FILED__________
CLERK
DEPUTY CLERK__________

DATED: ~~January~~ March 5, 2001.

**BRIGGS AND MORGAN, P.A.**

By [signature]
Michael C. Krikava (#182679)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

*Attorneys for Plaintiffs*

**BEST & FLANAGAN LLP**

By [signature] Frank J. Walz / cig
Frank J. Walz (#114327)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

and

**MORRISON & HECKER**

By [signature] R. Dennis Wright
R. Dennis Wright
2600 Grand Avenue
Kansas City, MO 64104-4604

*Attorneys for Defendant*

**DEPARTMENT OF JUSTICE**

By____________________________
Max Vassanelli
Federal Programs, Room 804
901 E. Street
Washington, DC 20530

*Attorneys for Intervenor/Plaintiff*

**BRIGGS AND MORGAN, P.A.**

By________________________
Michael C. Krikava (#182679)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

*Attorneys for Plaintiffs*

**BEST & FLANAGAN LLP**

By________________________
Frank J. Walz (#114327)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

and

**MORRISON & HECKER**

By________________________
R. Dennis Wright
2600 Grand Avenue
Kansas City, MO 64104-4604

*Attorneys for Defendant*

**DEPARTMENT OF JUSTICE**

By [signature]
A. Max Vassanelli
Federal Programs, Room 804
901 E. Street
Washington, DC 20530

*Attorneys for Intervenor/Plaintiff*

Based on the foregoing Stipulation of counsel, **IT IS HEREBY ORDERED** that the attached Amended Pretrial Schedule shall supercede the existing Pretrial Schedule.

Date: ____________________

**BY THE COURT:**

________________________

1262420v2

Based on the foregoing Stipulation of counsel, **IT IS HEREBY ORDERED** that the attached Amended Pretrial Schedule shall supercede the existing Pretrial Schedule.

Date: April 3 2001

**BY THE COURT:**