**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Alliant Energy, et al,

Plaintiffs,

and

United States of America, on behalf of the Western Area Power Administration, Department of Energy,

Intervenor/Plaintiff,

vs.

Nebraska Public Power District, a public corporation and political subdivision of the State of Nebraska,

Defendant.

Civil No. 00CV2139 (ADM/AJB)

**STIPULATION FOR ENTRY OF JUDGMENT AND ORDER FOR JUDGMENT**

---

WHEREAS, on October 18, 2001, judgment was entered granting the motions of the Plaintiffs and the Intervenor-Plaintiff for summary judgment against the Defendant Nebraska Public Power District ("NPPD"); and

WHEREAS, the United States Court of Appeals for the Eighth Circuit affirmed the decision of the district court on October 24, 2003; and

WHEREAS, the parties wish to reduce the judgment previously entered to a money judgment to be satisfied by NPPD.

NOW, THEREFORE, the parties by their undersigned counsel of record stipulate and agree as follows:

FILED DEC 8 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Judgments in favor of the Plaintiffs and Intervenor/Plaintiff in the amounts listed below may be entered by the district court, inclusive of pre-judgment interest accrued through December 8, 2003:

| PLAINTIFF | JUDGMENT AMOUNT |
|---|---|
| Western Area Power Administration | $355,593.89 |
| Omaha Public Power District | $129,849.32 |
| Lincoln Electric System | $3.34 |
| Basin Electric Power Cooperative | $298,322.62 |
| Minnkota Power Cooperative | $8,431.95 |
| Otter Tail Power Company | $14,592.56 |
| Southern Minnesota Municipal Power Agency | $38,663.57 |
| Minnesota Power | $32,733.12 |
| Northern States Power Company | $869,484.96 |
| Alliant Energy | $67,064.66 |
| Dairyland Power Cooperative | $13,413.72 |
| Mid American Energy Company | $358,778.60 |
| Wisconsin Public Power, Inc. | $105,971.81 |
| Sunflower Electric Power Corp. | $49,984.61 |
| Kansas City Power & Light Company | $78,947.03 |
| St. Joseph Light & Power | $2,271.37 |
| UtiliCorp United, Inc. | $130,836.42 |
| Great River Energy | $26,468.56 |
| Minnesota Municipal Power Agency | $16,090.80 |
| GEN-SYS Energy | $1,976.01 |
| Aquila Power | $40,777.49 |
| Rainbow Energy Marketing | $7,495.13 |
| El Paso Merchant Energy, LP, f/k/a Sonat Power Marketing, LP | $5,482.12 |
| Tenaska Power Services Co. | $16,381.90 |
| British Columbia Power Exchange | $35,935.31 |
| Citizens Power Sales LLC | $23.60 |

2. The undersigned counsel for Plaintiffs and Intervenor/Plaintiff hereby waive any applicable statutory or common law rights they may have to assert or claim an attorney's lien on the payments by NPPD in satisfaction of the judgments entered herein.

STINSON MORRISON HECKER, LLP

By *[signature]*
R. Dennis Wright
2600 Grand Avenue
Kansas City, MO 64104-4604

and

BEST & FLANAGAN LLP

By *[signature]*
Caryn S. Glover (#183040)
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402
(612) 339-7121

ATTORNEYS FOR DEFENDANT

BRIGGS AND MORGAN, P.A.

By *[signature]*
Michael C. Krikava (#182679)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

ATTORNEYS FOR PLAINTIFFS

DEPARTMENT OF JUSTICE

By *[signature]*
C. Max Vassanelli
20 Massachusetts Avenue N.W.
Room 7212
Washington, DC 20530

ATTORNEYS FOR INTERVENOR/PLAINTIFF

**LET JUDGMENT BE ENTERED ACCORDINGLY**

BY THE COURT:

12/8/03

*[signature]*
Ann D. Montgomery
Judge of the District Court

014691/200746/274898_