AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Alliant Energy, et al/ Plaintiffs and United States of America on behalf of the Western Area Power Administration, Department of Energy, Intervenor/Plaintff

V.

Nebraska Public Power District, a public corporation and political subdivision of the State of Nebraska.

**JUDGMENT IN A CIVIL CASE**

Case Number: 00-CV-2139 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment is entered in favor of the Plaintiffs and Intrvenor/Plaintff in the amounts listed and attached to this judgment, inclusive of pre-judgment interest accrued through December 8, 2003.

December 8, 2003
Date

RICHARD D. SLETTEN, CLERK

G Schneider
(By) Gloria Schneider, Deputy Clerk

1. Judgments in favor of the Plaintiffs and Intervenor/Plaintiff in the amounts listed below may be entered by the district court, inclusive of pre-judgment interest accrued through December 8, 2003:

| PLAINTIFF | JUDGMENT AMOUNT |
|---|---|
| Western Area Power Administration | $355,593.89 |
| Omaha Public Power District | $129,849.32 |
| Lincoln Electric System | $3.34 |
| Basin Electric Power Cooperative | $298,322.62 |
| Minnkota Power Cooperative | $8,431.95 |
| Otter Tail Power Company | $14,592.56 |
| Southern Minnesota Municipal Power Agency | $38,663.57 |
| Minnesota Power | $32,733.12 |
| Northern States Power Company | $869,484.96 |
| Alliant Energy | $67,064.66 |
| Dairyland Power Cooperative | $13,413.72 |
| Mid American Energy Company | $358,778.60 |
| Wisconsin Public Power, Inc. | $105,971.81 |
| Sunflower Electric Power Corp. | $49,984.61 |
| Kansas City Power & Light Company | $78,947.03 |
| St. Joseph Light & Power | $2,271.37 |
| UtiliCorp United, Inc. | $130,836.42 |
| Great River Energy | $26,468.56 |
| Minnesota Municipal Power Agency | $16,090.80 |
| GEN-SYS Energy | $1,976.01 |
| Aquila Power | $40,777.49 |
| Rainbow Energy Marketing | $7,495.13 |
| El Paso Merchant Energy, LP, f/k/a Sonat Power Marketing, LP | $5,482.12 |
| Tenaska Power Services Co. | $16,381.90 |
| British Columbia Power Exchange | $35,935.31 |
| Citizens Power Sales LLC | $23.60 |

2. The undersigned counsel for Plaintiffs and Intervenor/Plaintiff hereby waive any applicable statutory or common law rights they may have to assert or claim an attorney's lien on the payments by NPPD in satisfaction of the judgments entered herein.