| | | |
|---|---|---|
| Intervenor Plaintiffs - Appellee, | * | |
| | * | |
| v. | * | |
| | * | |
| Nebraska Public Power District, a public corporation and political subdivision of the State of Nebraska, | * | 00-cv-2139 ADM/FLN |
| | * | |
| Defendant - Appellant. | * | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

October 24, 2003

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

75

DEC 2003